FILED
IN OPEN COURT

JAN 1 1 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN DUGGAN,<br><br>Defendant. | Case No. 2:23cr80 |

## STATEMENT OF FACTS

The United States and the defendant, RYAN DUGGAN (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On April 24, 2023, officers with Portsmouth Special Investigations Unit arrested the defendant, pursuant to outstanding warrants from other jurisdictions, in the parking lot of a Motel 6 located on London Boulevard in Portsmouth, Virginia, which is within the Eastern District of Virginia.

2. At the time of the arrest, the defendant was working on a red moped in the parking lot. The defendant was also near a silver BMW vehicle, gray BMW vehicle, and blue motorcycle. Law enforcement had previously observed the defendant in and around these BMW vehicles on multiple occasions. Law enforcement conducted a K-9 sniff on the BMW vehicles. The K-9 alerted on both units. The defendant informed responding officers that the car keys for one of the vehicles would be found in room 209 of the Motel 6. Law enforcement obtained search warrants for the two BMW vehicles and room 209 of the Motel 6.

3. Detectives searched room 209 of the Motel 6. They recovered a modified Glock-style 9mm handgun with no serial number from a black bag in the room. The handgun had been



1

equipped with an auto-sear conversion device, aka a "switch," that would allow it to operate as a fully automatic firearm. Detectives searching room 209 also identified and collected ammunition, suspected narcotics, and both male and female clothing.

4. Detectives also executed a search warrant for the dark grey BMW vehicle. The vehicle displayed a North Carolina rear license plate that was not associated with it. Detectives recovered ammunition, a loaded magazine, and a pill bottle containing suspected narcotics from inside the vehicle: They proceeded to search the trunk and recovered several firearms, to wit: a Palmetto .223 rifle (serial number SCD595287), a Centurion AR-12 12 caliber shotgun (serial number 21US-18669), a Draco .726 rifle (serial number DA-5178-15), and a model AR 9mm pistol with collapsible stock (serial number unknown).

5. The officers with the Portsmouth Special Investigations Unit advised the defendant of his rights, including his right to remain silent. The defendant proceeded to provide statements to law enforcement. He admitted to being a convicted felon. He further claimed ownership and described the firearms that were recovered from room 209 of the Motel 6 and the dark grey BMW.

6. Law enforcement obtained a search warrant for the defendant's cellular phone. A search of the device revealed photographs of the recovered firearms, including the recovered conversion device, and suspected narcotics and narcotics paraphernalia, as well as personal photographs of the defendant.

7. The Palmetto State Armory Model PA-15 .223 caliber rifle was manufactured by DC Machine LLC in South Carolina and had been shipped and transported in interstate commerce.

8. The Century Arms Model Centurion 12-gauge shotgun was manufactured by Adler Arms in Turkey, imported to the United States by Century Arms International in Vermont, and had been shipped and transported in interstate and foreign commerce.



9. The Draco .762 caliber pistol was manufactured by Romarm/Cugir in Romania, imported to the United States by Century Arms International in Vermont, and had been shipped and transported in interstate and foreign commerce.

10. The defendant knew he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year. The defendant also knew his civil rights, including the right to possess a firearm, had not and have not been restored.

11. Defendant's participation in the events described was undertaken knowingly, intentionally, and unlawfully, and not because of an accident, mistake, or other innocent reason.

12. Defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 1/11/24        By: _____
                         Alyssa K. Miller
                         Special Assistant United States Attorney

3



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, RYAN DUGGAN, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
RYAN DUGGAN

I am RYAN DUGGAN's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Attorney for RYAN DUGGAN

